1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  **THORNDAL ARMSTRONG, PC**
   1100 E. Bridger Avenue
3  Las Vegas, NV  89101
4  TEL: (702)  366-0622
   FAX: (702)  366-0327
5  email:  bsd@thorndal.com

6  Attorneys for Plaintiff

7
                          **UNITED STATES DISTRICT COURT**
8
                                **DISTRICT OF NEVADA**
9

10
   US Express Carriers LLC,                )
11                                          )  Case No.: 2:23-cv-00307-GMN -BNW
                       Plaintiff,           )
12                                          )
13 v.                                       )
                                            )  **Stipulation and Order to Extend Time for**
14 United Specialty Insurance Company; Penske ) **Plaintiff US Express Carriers LLC to**
   Truck Leasing Company, L.P., Penske Truck ) **Respond to Defendants Penske Truck**
15 Leasing Corporation, James Parks, III    )  **Leasing Company, L.P., and Penske Truck**
                                            )  **Leasing Corporation's Motion to Transfer**
16                                          )
                       Defendants.          )
17                                          )

18
         Pursuant to LR IA 6-1(a), Plaintiff, US EXPRESS CARRIERS LLC, and Defendants, PENSKE
19
   TRUCK LEASING COMPANY, L.P., and PENSKE TRUCK LEASING CORPORATION, by and
20
   through their respective counsel of record, hereby stipulate and agree to allow US EXPRESS
21
22 CARRIERS LLC until and including May 22, 2023 to file its responsive pleading to Defendants
23 Penske Truck Leasing Company, L.P., and Penske Truck Leasing Corporation's Motion to Transfer.
24
         The reasons for this stipulation are: this extension of time will allow for 1) the completion of
25
   service of process upon all defendants; 2) to allow Defendant United Specialty Insurance Company
26
   to file its answer which is due on or before May 10, 2023; and 3) to allow counsel for Plaintiff to
27
28 analyze the motion to change venue and related case law and to consult with US Express Carriers

                                                  1

about the merits of the motion.

This stipulation is entered into in good faith and not for the purpose of delay.

| Dated this 19th day of April, 2023 | Dated this 20th day of April, 2023 |
|---|---|

**THORNDAL ARMSTRONG, PC**   **MURCHISON & CUMMING, LLP**

By: _____   /s/ *Tyler N. Ure*
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297   By: _____
1100 E. Bridger Avenue   Michael J. Nuñez, Esq.
Las Vegas, NV 89101   Nevada Bar No. 10703
TEL: (702) 366-0622 / FAX: (702) 366-0327   Tyler N. Ure, Esq.
email: bsd@thorndal.com   Nevada Bar No. 11730
   350 South Rampart Blvd, Suite 320
Attorneys for Plaintiff   Las Vegas, Nevada 89145
   T: (702) 360-3956/ F: (702) 360-3957
   mnunez@murchisonlaw.com
   ture@murchisonlaw.com

   Attorneys for Penske Truck Leasing
   Company, L.P. and Penske Truck Leasing
   Corporation

**IT IS SO ORDERED.**

DATED this ____24____ day of ____April____, 2023.

_____
UNITED STATES DISTRICT JUDGE

2